```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                    )
MARK CARRERA, on behalf of          )
himself and others similarly,       )
situated                            )
                                    )
         Plaintiff,                 )
                                    )
     v.                             )    C.A. No. 13-326 S
                                    )
THE RED PARROT, INC.,               )
RUSSEL DULAC, and                   )
DENISE DULAC,                       )
                                    )
         Defendants.                )
_____ )

## ORDER

WILLIAM E. SMITH, Chief Judge.

United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R," ECF No. 52) in the above-captioned matter. Judge Almond recommended that Defendants' Motion to Dismiss (ECF No. 18) seeking dismissal of Plaintiff's Complaint with prejudice be granted. As no objection has been filed, this Court accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).[1] The R&R is hereby ADOPTED, Defendants' Motion to Dismiss is

---

[1] Although Defendants sought attorneys' fees in addition to dismissal, the R&R recommended only the sanction of dismissal, implicitly denying the request for fees. Defendants have not objected to the R&R. Accordingly, their request for fees is denied.

GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: July 31, 2015